UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 7A

| | |
|---|---|
| The American HFC Coalition et al.,<br><br>                          Plaintiff,<br><br>          v.<br>United States<br><br>                          Defendant. | Court No. 24-00071<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: May 10, 2024

/s/ Chase J. Dunn
Attorney for Plaintiff

900 19th Street, NW Suite 400
Street Address

Washington, D.C. 20016
City, State and Zip Code

202-567-2308
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-00071 | The American HFC Coalition and its individual members Arkema, Inc., The Chemours Company FC, LLC; Honeywell International Inc.; Mexichem Fluor Inc. | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: May 10, 2024

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)